IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO DUDLEY, (TDCJ #567960) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-0270 |
| LORIE DAVIS, | § § | |
| Respondent. | § § | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order entered on this date, this case is **DISMISSED** without prejudice as an unauthorized successive petition.

This is a **FINAL JUDGMENT**.

SIGNED at Houston, Texas, on ___APR 1 0 2018___.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE